1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    DARRELL BRADFORD,                              CASE NO. 1:07-cv-00866-LJO-NEW (DLB) PC

10                          Plaintiff,              ORDER FINDING SERVICE OF COMPLAINT
                                                    APPROPRIATE AND FORWARDING
11         v.                                       SERVICE DOCUMENTS TO PLAINTIFF FOR
                                                    COMPLETION AND RETURN WITHIN
12   MIKE KNOWLES, et al.,                          THIRTY DAYS

13                          Defendants.             (Doc. 1)
                                           /
14

15        Plaintiff Darrell Bradford ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

17   June 18, 2007.  The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds

18   that it states a cognizable claim for relief under section 1983 against defendants Diaz and

19   Riezebos for failing to protect plaintiff, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P.

20   8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d

21   1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v.

22   County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY

23   ORDERED that:

24        1.     Service is appropriate for the following defendants:

25                          SGT. J. DIAZ

26   ───────────────────

27        [1] In a Findings and Recommendations issued concurrently with this order, the court recommended that
     defendant Knowles be dismissed from this action based on plaintiff's failure to state a claim upon which relief may
28   be granted against him.

1

1    C/O J. RIEZEBOS

2    2.    The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2)

3          summonses, a Notice of Submission of Documents form, an instruction sheet and

4          a copy of the complaint filed June 18, 2007.

5    3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the

6          attached Notice of Submission of Documents and submit the completed Notice to

7          the court with the following documents:

8          a.    Completed summons;

9          b.    One completed USM-285 form for each defendant listed above; and

10         c.    Three (3) copies of the endorsed complaint filed June 18, 2007.

11   4.    Plaintiff need not attempt service on defendants and need not request waiver of

12         service.  Upon receipt of the above-described documents, the court will direct the

13         United States Marshal to serve the above-named defendants pursuant to Federal

14         Rule of Civil Procedure 4 without payment of costs.

15   5.    The failure to comply with this order will result in a recommendation that this

16         action be dismissed.

17

18   IT IS SO ORDERED.

19   **Dated:    October 4, 2007**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2