UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL BRADFORD, | 1:07-cv-00866-LJO-GSA-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| MIKE KNOWLES, et al., | **ORDER DISMISSING DEFENDANT KNOWLES FROM THIS ACTION** |
| Defendants. | |

Plaintiff Darrell Bradford ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 4, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed October 4,
8 2007, are ADOPTED IN FULL;
9    2.  This action proceed on plaintiff's original complaint,
10 filed June 18, 2007, against defendants Diaz and Riezebos for
11 failing to protect him, in violation of the Eighth Amendment;
12 and,
13    3.  Defendant Knowles is dismissed from this action based
14 on plaintiff's failure to state a claim upon which relief may be
15 granted against him.
16 IT IS SO ORDERED.
17 **Dated:   January 4, 2008**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2