1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

DARRELL BRADFORD,                                    CASE NO. 1:07-cv-00866-LJO-GSA PC

10

          Plaintiff,                               DISCOVERY ORDER
SCHEDULING ORDER

11

    v.

Unenumerated Rule 12(b) Motion Deadline - 06/02/2008

12

MIKE KNOWLES, et al.,                               Deadline to Amend Pleadings - 10/02/2008
Discovery Cut-Off Date - 12/02/2008

13

          Defendants.                              Dispositive Motion Deadline - 03/02/2009

                             /

14

15

       Defendants Riezebos and Diaz have answered the complaint filed on June 18, 2007.

16

Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

17

       1.   Discovery requests shall be served by the parties pursuant to Federal Rule of Civil

18

Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c),

19

34-250(c), and 36-250(c);

20

       2.   Responses to written discovery requests shall be due forty-five (45) days after the request

21

is first served;

22

       3.   To ensure that the responding party has forty-five (45) days after the request is first served

23

to respond, discovery requests must be served at least forty-five (45) days before the discovery

24

deadline;

25

       4.   Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and

26

any other witness confined in a prison upon condition that, at least fourteen (14) days before such

27

a deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure

28

30(b)(1); and

1

1      5.  If disputes arise about the parties' obligations to respond to requests for discovery, the

2  parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules

3  of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of

4  the Local Rules of Practice for the United States District Court, Eastern District of California.

5  Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in Federal

6  Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he or she

7  has in good faith conferred or attempted to confer with the other party or person in an effort to

8  resolve the dispute prior to seeking court action shall not apply.  Voluntary compliance with this

9  provision of Rules 26 and 37 is encouraged, however.  A discovery motion that does not comply

10  with all applicable rules will be stricken and may result in imposition of sanctions.

11      Further:

12      6.  The parties are advised that the deadline for filing motions to dismiss for failure to exhaust

13  the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil Procedure

14  12(b) shall be June 2, 2008;

15      7.  The deadline for amending the pleadings shall be October 2, 2008;

16      8.  The parties are advised that the deadline for the completion of all discovery, including

17  filing motions to compel, shall be December 2, 2008;

18      9.  The deadline for filing pre-trial dispositive motions shall be March 2, 2009;[1]

19      10.  **A request for an extension of a deadline set in this order must be filed on or before**

20  **the expiration of the deadline in question**; and

21      11.  **Extensions of time will only be granted on a showing of good cause.**

22

23      IT IS SO ORDERED.

24      **Dated:**   **March 31, 2008**         **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

25

26

27      [1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions

28  to dismiss for failure to exhaust.  Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in this order.