IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| **DARRELL BRADFORD,** | 1:07-cv-0866 JAT (PC) | |
| Plaintiff, | | |
| **v.** | STATUS REPORT REGARDING | |
| **MIKE KNOWLES, et al.,** | SETTLEMENT CONFERENCE | |
| Defendants. | | |

This case did not settle during the January 22, 2009, settlement conference before the undersigned Magistrate Judge at High Desert State Prison, nor during the ensuing 30 day period extended to the parties to reopen mediation.

Therefore, the reference to the undersigned has expired and this case is removed from the Prison Mediation Program for the Eastern District of California.

It is so ordered,

DATED: February 24, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE